# **DECLARATION OF DEBORAH L. BISHOP**

Pursuant to 28 U.S.C. ¶ 1746, Deborah L. Bishop declares and states as follows:

1. I am the President of Alex Bishop, Inc. ("Alex Bishop").

2. I am over the age of 21 and am competent to testify as to the statements set forth in this declaration.

3. Alex Bishop is a Missouri corporation with its principal place of business in St. Paul, Missouri.

4. Alex Bishop operates four McDonald's restaurant franchises: two in St. Peters, Missouri; and two in St. Charles, Missouri.

5. Alex Bishop is not, and never has been, a manufacturer of McDonald's French fries, hash browns or other food products. Rather, Alex Bishop purchases food products from an approved McDonald's distributor and sells the food products to customers who patronize restaurants operated by Alex Bishop.

6. At no time during the period 1999 to the present did I or, to the best of my knowledge, employees of Alex Bishop ever know of the existence of any gluten, wheat or milk ingredients in the manufacturing process of McDonald's French fries and hash browns.

7. Alex Bishop has not during the last eight years marketed or advertised McDonald's French fries, hash browns or other products as "gluten free," as "containing no gluten, wheat or milk ingredients" or as "safe for consumption by persons who are allergic to or had an intolerance for foods containing gluten, wheat and/or milk ingredients" in any magazines, newspapers, billboards, or on any television or radio shows.

8. Alex Bishop does not have and has never had a website, and has never provided any input with respect to the website that is apparently maintained by McDonald's Corporation.

9. Alex Bishop consents to the removal of the action styled, <u>Miller v. McDonald's Corp., et al.</u>, from the Circuit Court of St. Charles County, Missouri to the United States District Court for the Eastern District of Missouri.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of October, 2007, in St. Paul, Missouri,

*[signature: Deborah A. Bishop]*