IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

███, a minor child, ███, a minor child, each by and through their NEXT FRIEND and natural mother Beth Miller, BETH MILLER and FRANK MILLER individually and as Parents and Natural Guardians of their minor son and daughter,

    Plaintiffs,

v.

MCDONALD'S CORPORATION, CHRISTIAN FOODS, L.C. and ALEX BISHOP, INC.,

    Defendants.

Case No._____

State Court Case No. 0711-7552

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

____ THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

__X__ NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Dated: October 23, 2007

SHOOK, HARDY & BACON L.L.P.

By: __/s/ Kevin M. Smith E.D. Bar #102273__

705936v1