UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M. M., a minor child, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-1080 |
| | ) |
| MCDONALD'S CORPORATION, | ) |
| d/b/a MCDONALD'S, et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFFS' MOTION TO REMAND

**COME NOW** Plaintiffs M. M. and M. M., minor children, by and through their natural parents and Next Friend, and Beth Miller and Frank Miller, as individuals and the duly appointed and Court ordered Next Friend of their minor children (hereinafter and collectively the "Plaintiffs"), by and through their undersigned counsel, and for their Motion to Remand, state:

1.　This Motion is brought pursuant to 28 U.S.C. § 1447 to remand this case back to Missouri state court where the action was originally filed on September 24, 2007, in the Circuit Court of St. Charles County, Missouri (the "State Court"). This action was improperly removed to the United States District Court Eastern District of Missouri Eastern Division and transferred from the Multidistrict Litigation Panel to this Court in that there is no federal court subject matter jurisdiction.

2.　Although the amount in controversy exceeds $75,000.00 exclusive of costs and interest, there is no complete diversity of citizenship of the parties. This case also does not involve a federal question. The underlying claims assert pure Missouri substantive causes of action.

3.  Plaintiffs are citizens of Missouri. Two of the three defendants are also citizens of Missouri, thereby destroying complete diversity of the parties. Because there is no complete diversity of the parties, there is no subject matter jurisdiction. This case involves issues solely relating to state law claims, and does not involve any federal law or statute.

4.  The Missouri defendants were not fraudulently joined as parties in an effort to destroy diversity. The Missouri defendants, in fact, are legitimate parties against whom Plaintiffs have filed meritorious claims under Missouri state law. Plaintiffs intend fully to proceed with the prosecution of their Petition against all the named defendants.

5.  The two defendants who are Missouri citizens are defendants, Christian Foods, L.C. and Alex Bishop, Inc. (the "Missouri Defendants"). Both of the Missouri Defendants are Missouri corporations with their principal place of business in the state of Missouri, and specifically in St. Charles County where the Plaintiffs have their family home. Plaintiffs, all of them, indisputably are residents of Missouri.

6.  The underlying Petition, filed in State Court, alleges valid causes of action based on Missouri substantive law against proper defendants.

7.  This Court does not have jurisdiction over the subject matter of this case and should therefore be remanded back to the Circuit Court of St. Charles County, Missouri.

8.  There is no other arguable basis for federal jurisdiction in this case.

9.  The underlying Petition, filed in State Court, alleges valid causes of action based on Missouri substantive law which demand personal injury damages in addition to other damages sought.

10. The Multidistrict litigation cases before this Court only focus on economic damages and do not claim damages resulting from personal injury.

11.　Plaintiffs do not waive any claims seeking damages for personal injuries in addition to other damages sought.

12.　Plaintiffs' tag-along case does not belong before this Court because this Court lacks subject matter jurisdiction based on diversity and because Plaintiffs assert claims for damages relating to personal injury.

13.　Plaintiffs file contemporaneously with this Motion their memorandum of law in support.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Remand and remand this action back to the Circuit Court of St. Charles County, Missouri, that the Court award Plaintiffs their attorneys' fees and costs in prosecuting this motion to remand, and that the Court grant all such other and further relief as the Court deems just and proper.

Dated: April 8, 2008.

> Respectfully submitted,
>
> **RECHENBERG LAW, LLC**
>
> By:　/s/ Paul N. Rechenberg
> Paul N. Rechenberg, MO USDC #35039
> paul@rechenberglaw.com
> Chesterfield Business Parkway
> Chesterfield, MO 63005
> (636) 728-1900
> (636) 530-6805 (facsimile)
> Admitted *Pro Hac Vice*
> 　　and
> Brian W. Smith
> SMITH & VANTURE, LLP
> 1615 Forum Place, Suite 4-C
> West Palm Beach, Florida 33401
> (561) 684-6330
> FAX (561) 688-0630
> E-mail: bws@smithvanture.com
> COUNSEL FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of April, 2008 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Kevin M. Smith E.D. Bar #102273
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
(816) 474-6550
ATTORNEYS FOR MCDONALD'S CORPORATION

**VIA ELECTRONIC MAIL**
Michael A. Pope
Christopher M. Murphy Attorneys for McDonald's Corp.
Geoffrey A. Vance McDonald's Restaurants of
McDermott, Will & Emery California, Inc., and King Group,
227 West Monroe St. Inc.
Suite 4400
Chicago, IL 60606
E-mail: gvance@mwe.com
cmurphy@mwe.com
mpope@mwe.com

Larry D. Drury Attorney for Debra Moffatt
LARRY D. DRURY, LTD.
205 W. Randolph
Suite 1430
Chicago, Illinois 60606
(312) 346-7950
FAX (312) 346-5777
E-mail: ldrurylaw@aol.com
*Co-Lead Counsel*

Athan T. Tsimpedes Attorney for Cynthia Tsimpedes, Next Friend of Elene Tsimpedes
LAW OFFICES OF ATHAN T. TSIMPEDES 1420 New York Avenue, NW
7th Floor
Washington, DC 20005
(202) 638-2100
FAX (202) 449-3499
E-mail: atsimpedes@comcast.net
*Co-Lead Counsel*

Thomas E. Pakenas Attorney for Debra Moffatt
DALE AND PAKENAS
641 W. Lake Street
Suite 400
Chicago, Illinois 60661
(312) 258-1800
E-mail: tpakenas@earthlink.net
*Co-Liaison Counsel*

Edward H. Zebersky Attorney for David and Cherilyn Levy individually and as parents and legal guardians of their daughter Sydni Levy

ZEBERSKY & PAYNE, LLP
400 Hollywood Blvd.
Suite 400-N
Hollywood, Florida 33021
(954) 989-6333
FAX (954) 989-7781
E-mail: ezebersky@zpklaw.com

Gary M. Farmer Attorney for David and Cherilyn Levy individually and as parents and legal guardians of their daughter Sydni Levy

FREEDLAND, FARMER, RUSSO
& SHELLER, PL
2665 Executive Park Dr.
Suite 3
Weston, Florida 33331
(954) 467-6400
E-mail: gary@westonlawyers.com
*Co-Lead Counsel*

Michael S. Shipwash Attorney for Amanda Spaid and Scott Spaid, individually and on behalf of minor children, Sean, Sarah and Adam Spaid

LAW OFFICE OF MICHAEL S. SHIPWASH
9040 Executive Park
Suite 315
Knoxville, TN 37923
(865) 691-4454
E-mail: mikeshipwash@shipwashlaw.com

Thomas G.A. Herz, Jr. Attorney for Alissa Krinsky, Jenna Friedman, and Dave Burdi
LAW OFFICES OF THOMAS G.A. HERZ, JR.
39 S. LaSalle Street, Suite 720
Chicago, Illinois 60603
(312) 236-4379
FAX (312) 267-6901
E-mail: tgahlaw@yahoo.com

David W.T. Brown Attorneys for Kathryn E. Stepkowski, R.K. and Shiloh Knoll
Paul E. Heidenreich
HUSKINSON & BROWN, LLP
865 Manhattan Beach Blvd.
Suite 200
Manhattan Beach, CA 90255
(310) 545-5459
E-mail: huskinsonbrown@att.net

Robert J. Shelist Attorneys for Alissa Krinsky, Jenna Friedman, and Dave Burdi
Mark A. Schwartz
SHELIST & SCHWARTZ, LLP
1061 W. Monroe Street
Chicago, Illinois 60607
(312) 226-0675
FAX (312) 226-1053
E-mail: rjsattorny@aol.com
schwartzlawfirm@comcast.net
*Co-Liaison Counsel*

Jordan L. Lurie
Zev B. Zysman Attorneys for Kathryn E. Stepkowski
WEISS & LURIE
10940 Wilshire Blvd.
23rd Floor
Los Angeles, CA 90024
(310) 208-2800
E-mail: jlurie@wllawca.com
lparker@weisslurie.com
zzysman@weisslurie.com
*Co-Lead Counsel*

Charles Dittmer, Jr. Attorney for Megan Noblett and Chris Noblett
3005 Harvard Avenue Suite 101
Metairie, LA 70006
(504) 887-2700
Email: cwdjrlawyer@netscape.net

Joseph R. Rydzewski Attorney for Angelina Salvo and Kenneth
HCR 6, Box 6025 Salvo
Hawley, PA 18428
(570)226-6229
Email: joerr@poconolawyers.com

Kenneth B. McClain Attorneys for Allison W. Merriott and R. Todd Merriott
Scott B. Hall

6

HUMPHREY, FARRINGTON &
MCCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050
FAX: (816)836-8966
Email: kbm@hfmlegal.com
sbh@hfmlegal.com

**VIA US MAIL**
Albert J. Holly Attorney for Joseph Carlson
7919 Friars Ct. Lane
Spring, TX 77379-7120
(281) 370-1084

        /s/ Paul N. Rechenberg