**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

M.M., et al.

                              Plaintiff,

v.                                                 Case No.: 1:08–cv–01080
                                                      Honorable Elaine E. Bucklo

McDonald's Corporation, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 9, 2008:

       MINUTE entry before Judge Honorable Elaine E. Bucklo:Set deadlines/hearing as to plaintiff's motion to remand[23] :Responses due by 6/19/2008. Replies due by 7/10/2008. Target date for ruling by mail set for 7/31/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.