IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M.M., et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>MCDONALD'S CORPORATION, et al.,<br><br>            Defendants. | Case No.: 1:08-cv-01080<br>Honorable Elaine E. Bucklo |

## AGREED MOTION FOR EXTENDED BRIEFING SCHEDULE

Pursuant to an agreement with plaintiffs, defendants respectfully request an extended briefing schedule on plaintiffs' motion to remand.  (Doc. 23.)  According to the parties' agreement, the parties propose that the Court extend the current briefing schedule by 90 days such that defendants would file a response to the motion to remand by September 19, 2008, and plaintiffs would file a reply in support of their motion by October 10, 2008.

Respectfully submitted this 18th day of June, 2008,

**McDONALD'S CORPORATION,
CHRISTIAN FOODS, L.C., and
ALEX BISHOP, INC.**

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Email: gvance@mwe.com

Michael A. Pope [#2232464]
William P. Schuman [#3124458]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
(312) 372-2000