IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M.M., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MCDONALD'S CORPORATION, et al.,<br><br>        Defendants. | Case No.: 1:08-cv-01080<br>Honorable Elaine E. Bucklo |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that on **Tuesday**, **July 1, 2008**, at **9:30 a.m.**, or at such other time specified by the Court, we will appear before the Honorable Elaine E. Bucklo, in the courtroom usually occupied by her (Courtroom 1441) in the United States Courthouse, Everett McKinley Dirksen Building, at 219 South Dearborn Street, Chicago, Illinois, and will then and there present Defendants' **AGREED MOTION FOR EXTENDED BRIEFING SCHEDULE,** a copy of which is herewith served upon you.

Respectfully submitted this 18th day of June, 2008,

**McDONALD'S CORPORATION,
CHRISTIAN FOODS, L.C., and
ALEX BISHOP, INC.**

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Email: gvance@mwe.com

Michael A. Pope [#2232464]
William P. Schuman [#3124458]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
(312) 372-2000