**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

M.M., et al.

                                             Plaintiff,

v.                                                      Case No.: 1:08−cv−01080
                                                            Honorable Elaine E. Bucklo

McDonald's Corporation, et al.

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's agreed motion for extension of time [28] is granted. Set deadlines/hearing as to motion to remand[23] : Responses due by 9/19/2008. Replies due by 10/10/2008. Target date for ruling by mail set for 11/7/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.